**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**         //    **CRIMINAL ACTION NO. 1:15CR8**
                                     **(Judge Keeley)**

**JACOB HONAKER,**

        **Defendant.**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
<u>GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING</u>**

On February 5, 2015, defendant, Jacob Honaker ("Honaker"), appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to a one count Information. Honaker stated that he understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

At the outset of the hearing, the magistrate judge accepted Honaker's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure. Since the offense charged in the Information naming Honaker is punishable by a term of imprisonment of greater than one year, the magistrate judge questioned him to

**USA v. JACOB HONAKER** 1:15CR8

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

determine if his waiver of prosecution by indictment was being freely given in a sober and knowledgeable fashion.

The magistrate judge then advised Honaker of the nature of the charge in the Information, and confirmed that he had read and reviewed it with counsel.

Next, the magistrate judge explained Honaker's constitutional right to proceed by a grand jury indictment, and that the United States is able to charge him by Information only if he waives this right. The magistrate judge explained the Grand Jury process to Honaker, following which he confirmed his understanding of this right, and that, by waiving it, the United States could proceed to charge him with the Information as though he had been indicted. Honaker then signed a Waiver of Indictment in open court, which the magistrate judge ordered to be filed.

Based upon Honaker's statements during the plea hearing and the testimony of Special Agent Ken Peck, the magistrate judge found that Honaker was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On February 6, 2015, the magistrate judge entered an Opinion/Report and Recommendation

USA v. JACOB HONAKER                                            1:15CR8

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 13) finding a factual basis for the plea and recommended that this Court accept Honaker's plea of guilty to the one count information.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Following this, the parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Honaker's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in the one count information.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

**USA v. JACOB HONAKER**                                                                                                         **1:15CR8**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

1. The Probation Officer undertake a presentence investigation of **JACOB HONAKER,** and prepare a presentence report for the Court;

2. The Government and Honaker are to provide their versions of the offense to the probation officer by **March 11, 2015**;

3. The presentence report is to be disclosed to Honaker, defense counsel, and the United States on or before **April 24, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **May 8, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **May 22, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **June 5, 2015.**

The magistrate judge placed Honaker on bond pursuant to an Order Setting Conditions of Release (dkt. no. 12) entered on February 5, 2015.

**USA v. JACOB HONAKER**                                              **1:15CR8**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

The Court will conduct the sentencing hearing for the defendant on **Monday, June 29, 2015** at **9:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: February 25, 2015

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE